IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| L.W., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-19-4172 |
| | § | |
| HILTON WORLDWIDE HOLDINGS, INC., | § | |
| HILTON MANAGEMENT LLC, and | § | |
| SW HOUSTON VENTURES, L.P., | § | |
| | § | |
| Defendants. | § | |

### ORDER AND FINAL JUDGMENT

Pending is Defendant SW Houston Venture, L.P.'s Rule 37 Motion for Sanctions (Document No. 64). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Defendant's Motion for Sanctions be GRANTED, that this case and Plaintiff's claims be DISMISSED WITH PREJUDICE, and that Defendant's Request for Attorney's Fees be DENIED. No Objections have been filed to the Memorandum and Recommendation.

The Court, after having made a *de novo* determination of Defendant's Motion for Sanctions, the antecedently-filed Show Cause Order (Document No. 67), and the Memorandum and Recommendation, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety.

It is, therefore, ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and entered on July 19, 2021, which is

adopted in its entirety as the opinion of this Court, that Defendant SW Houston Venture, L.P.'s Rule 37 Motion for Sanctions (Document No. 64) is GRANTED, that this case and Plaintiff's claims are DISMISSED WITH PREJUDICE, and that Defendant's Request for Attorney's Fees is DENIED.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 17TH day of December, 2021.

Ewing Werlein, Jr.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2